# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **AUSTIN COLE ANTOINE,**<br>        *Plaintiff,* | § § § | |
| v. | § § § | P:24-CV-00030-DC |
| **BRIAN SILVA, VEGA OILFIELD, LLC, HALLIBURTON ENERGY SERVICES, and DOUBLE P. TRUCKING, LLC,**<br>        *Defendants.* | § § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge David B. Fannin (Doc. 89) concerning Defendants' Joint Renewed Motion to Dismiss (Doc. 73). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Fannin issued his report and recommendation on October 8, 2025. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

As a result, Defendants' Joint Renewed Motion to Dismiss is **DENIED** (Doc. 73). Any further failures on the part of counsel to adhere to the Scheduling Order, the Federal or Local Rules, or any Court orders, will result in **DISMISSAL WITH PREJUDICE**.

It is so **ORDERED**.

SIGNED this 27th day of October, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE